Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
7670 W Lake Mead Blvd., Suite 200
Las Vegas, NV 90128
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
4747 Morena Blvd., Suite 358
San Diego, CA 92117
Tel: (619) 758-1891
Fax: (877) 334-0661
E-mail jschultz@sessions.legal

*Attorney for Defendant Credence Resource Management, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| William Sprague,<br><br>Plaintiff,<br><br>vs.<br><br>Credence Resource Management, LLC,<br><br>Defendant. | Case No. 2:26-cv-02230 RFB-EJY<br><br>Joint Stipulation and Order for Extension of Time to Respond to Complaint<br><br>***First Request***<br><br>Current Response Date: Aug. 19, 2026<br>New Response Date: Sept. 18, 2026 |

It is hereby stipulated by Plaintiff William Sprague and Defendant Credence Resource Management, LLC ("CRM"), through undersigned counsel, that CRM may have an extension of time to respond to the Complaint from August 19, 2026, through and until September 18, 2026. This stipulation is made with respect to the following:

1. Plaintiff filed this action on July 23, 2026, in the United States District Court for the District of Nevada.

2. CRM was served on July 29, 2026, making the original response due date August 19, 2026.

3. Additional time is needed for defense counsel to evaluate the information necessary to respond to the Complaint. The parties also intend to discuss potential early resolution of this claim.

4. On August 18, 20206, the parties agreed to a 30-day extension of time for CRM to respond to the Complaint through, and until September 18, 2026.

Granting this request for an extension of time to respond to the Complaint will neither prejudice any party nor unreasonably delay the litigation.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: 8/19/26

KAZEROUNI LAW GROUP, APC

*/s/Mona Amini*
Mona Amini
Attorney for Plaintiff
William Sprague

Dated: 8/19/26

SESSIONS, ISRAEL & SHARTLE, LLP

*/s/James K. Schultz*
James K. Schultz
Attorney for Defendant
Credence Resource Management, LLC

Pursuant to the Parties' joint stipulation, IT IS HEREBY ORDERED:

Defendant shall have an extension of time to and including September 18, 2026, to respond to the Complaint.

Dated: August 19, 2026

United States Magistrate Judge